UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br> vs.<br><br>CHARLES CHANEY and<br>ALEXIE ALFRED,<br><br>    Defendants. | 3:11-cr-010-HRH-JDR<br><br>**RECOMMENDATION**<br>**REGARDING**<br>**MOTION TO SEVER**<br><br>(Docket No. 25) |

    Defendant **Charles Chaney** moves the court for an order severing his trial from that of co-defendant Alexie Alfred. Docket 25. The government filed a non-opposition at Docket 32. Accordingly the motion to sever should be granted. IT IS SO RECOMMENDED. In the interest of justice and to expedite the business of the court this recommendation shall be filed as a final and forwarded to the assigned district judge for his determination.

    DATED this 1ˢᵗ day of April, 2011, at Anchorage, Alaska.

             /s/ John D. Roberts
             JOHN D. ROBERTS
             United States Magistrate Judge